UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE EILEEN MAXWELL, | No. 2:17-cv-0705 DB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On January 17, 2018, the court granted plaintiff an extension of time to file a motion for summary judgment. (ECF No. 17.) Plaintiff's motion was to be filed on or before February 6, 2018. Plaintiff's motion for summary judgment is now long overdue.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show good cause in writing, within fourteen (14) days of the date of this order for failing to file a timely motion for summary judgment.[1]

Dated: March 22, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\maxwell0705.pmsj.osc

---

[1] Plaintiff may comply with this order by filing a motion for summary judgment.

1